( please send my Ruling for $402 Filing fees To Space JUSTICE
for my $4,000,000,000 police Misconduct Lawsuit

FILED
2022 Jul-06 PM 05:03
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

been baptized in Church of Christ, Now Erfan Halgheh Mysticism; Actual Innocent On Death Row For Crimes of Some One Else; Iranian War Hero Veteran (Against Saddam Hussein Iraqi regime 1986-1988 War)

Mohammad Sharifi

*Plaintiff*

*(Write your full name. No more than one plaintiff may be named in a complaint.)*

-v-

1. John Hamm
2. Steve Marshall
3. Kay Ivey
4. Robert Broussard
5. Bill Starnes
6. Robert Nance
7. Lisa Hamilton
8. Morris Glenn Brown

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

Case No. 5:22-CV-826-RDP-NAD
*(to be filled in by the Clerk's Office)*

$4,000,000,000, Police Misconduct Lawsuit

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $402.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $402.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

$4,000,000,000—Is—The PRICE of Stolen—JUSTICE plus Stolen—Integrity from 2 American Victims And Myself.

## I. The Parties to this Complaint

### A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name: Mohammad Sharifi

All other names by which you have been known:

ID Number: (Z-709)

Current Institution: Holman Correctional Facility

Address: 3700 Holman, L-33,

Atmore | Alabama | 36503
City | State | Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: See Pages 11-17 Please

Job or Title *(if known)*: Eight (8) Defendants

Shield Number:

Employer:

Address:

City | State | Zip Code

☐ Individual Capacity ☐ Official Capacity

Defendant No. 2

Name:

Job or Title *(if known)*: " "

Shield Number:

Employer:

Address:

City | State | Zip Code

☐ Individual Capacity ☐ Official Capacity



$H,000,000,000 Lawsuit / Page 2 of 17 | Otherwise Deport Me To Iran | 6-29-2022

Defendant No. 3

Name: See Pages 11-17 Please

Job or Title *(if known)*: Eight (8) Defendants.

Shield Number

Employer

Address

City State Zip Code

☐ Individual Capacity ☐ Official Capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

City State Zip Code

☐ Individual Capacity ☐ Official Capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

Los Angeles FBI, plus Huntsville FBI, plus State Huntsville Police Dept.

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

See Pages 11-17 please

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

See Pages 11-17 please

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See pages 11-17 please

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

- ☐ Pretrial Detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner (Actual Innocent On Death Row For Crimes of Someone Else)
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Jan/2003-to-Feb/2005 In Huntsville Police Dept. Evidence Room 3 racist cops planted Evidence (FRAMED me) — See pages 11-17 please

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

See pages 11-17 please



$4,000,000,000 Lawsuit / Page 4 of 17 \ Otherwise Deport Me To Iran \ 6-24-2022

C. What date and approximate time did the events giving rise to your claim(s) occur?

Jan/2000 - to - Feb/2005

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Pages 11-17 please

## V. Injuries (Losses)

If you sustained injuries related to the events alleged above, describe your injuries in detail.

I LOST EVERYTHING — my beloved ex-wife Sarah, my beloved friend Mr. Brown, my Freedom, my Respect, financially, emotionally, my house, my job, ... Nothing is left to own but pains & suffering — for 23 years — On Death Row Solitary Confinement TORTURE — Actual Innocent for Crimes of Someone Else: I LOST Everything Due To Police Misconducts.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The Court MUST Deport me to Iran — Otherwise — Establish the Court's "JUSTICE" AND The Court's "INTEGRITY" by granting My Unselfish $4,000,000,000 LAWSUIT Due to Police Misconducts — FOR Greater Cause: LOVE is the Answer, Not Hate & Racism & Discrimination FOUNDED in American CULTURE. American CULTURE: To LOVE your family Only, Not Strangers — It is Forbidden American Biblical Ten Commandment to "HATE" Strangers: Proof? Constant Mass Shootings in USA (in Public); plus 2.5 Million ADULT U.S. Criminal Inmates (Mass Incarceration).

Remember: Absence of LOVE & Respect for "Others" — is — The CAUSE for Civil & Criminal Crimes worldwide Everywhere. It's Above the "Psychology & philosophy" of Crimes; It's HARD-SCIENCE of Crimes.



$4,000,000,000 Lawsuit / Page 5 of 17 Otherwise Deport Me To Iran 6-29-2022

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Madison County Jail for 62 months — Long enough to FRAME me by 3 racist cops — Inv. Robert Nance, Inv. Lisa Hamilton, Morris Glenn Brown

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☒ No

☐ Do not know

Not Applicable

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

Not Applicable

If yes, which claim(s)?



$4,000,000,000 Lawsuit | Page 6 of 17 | Otherwise Deport Me To Iran | 6-29-2022

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☐ No
} Not Applicable

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☐ No
} Not Applicable

E. If you did file a grievance:

1. Where did you file the grievance?

With my Poor English as pro-se filed Six Lawsuits against Inv. Robert Nance, Inv. Lisa Hamilton, 2000-2004 before 2005 Trial

2. What did you claim in your grievance?

Various unrelated Complaints — In jail 2 inmate broke my jaw, jaw surgery with Dr. Ellis... — Outside Jail: Inv. Robert Nance And Inv. Lisa Hamilton Planted Sarah's blood on Sandal, planted Victims IDs, Planted Tampered Gun & Bullets..., Constant Delays of "Speed Trial Violation"...

3. What was the result, if any?

No results

I paid for All these (6) Lawsuits

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)* My Six Lawsuits 2000-2004 before 2005 Trial: I Paid Court Costs Filing Fee For All 6 Lawsuits.

① U.S. District Court Birmingham, Ala — CV-00-JEO-2565-NE — filed: Oct/20/2000
② " " " " " — CV-04-S-0591-NE — filed: 8-16-2004
③ Huntsville, Madison County Circuit Civil Court — CV-2004-2404LWH — 10/28/2004 — Clerk: Jane Smith
④ Montgomery, Ala. Court of Criminal Appeals — CR-03-1941
⑤ " " " " — CR-04-0037
⑥ Ala. Supreme Court — CR-03-1941
Atlanta Georgia ⑦ U.S. Court of Appeals, 11th Circuit — Appeal No. 04-13731-B
Montgomery, ⑧ Complaint to Ala. State Bar against both my prosecutors Bill Starnes, Robert Broussard
Montgomery, ⑨ Complaint to Judicial Inquiry Commission against trial judge Laura Hamilton

Trial judge & trial prosecutors CONSPIRED Chain of Constitutional Errors — Speedy Trial violation, Didn't let me To Testify — my Right To Testify; prosecutors KNEW of planted Sarah's blood on Sandals, planted Tampered Gun & bullets, Forged Autopsy report by 3 racist cops...



$14,000,000,000 Lawsuit | Page 7 of 17 | Otherwise Deport Me To Iran | 6-29-2022

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

Not Applicable

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I with my Poor English pro-se complained to ALL State & Federal Courts also to All 50 States "Innocence Projects" asked for HELP to serve JUSTICE.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

**VIII. Previous Lawsuits**

I Paid All (6) Lawsuits 2000-2004 Filing Fee Court Costs.

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes

☐ No

Not Applicable

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

Not Applicable Can't recall details...



$4,000,000,000 Lawsuit / Page 8 of 17 \ Otherwise Deport Me To Iran \ 6-29-2022

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action? No

☐ Yes South Atmore, Ala (2021) My pending Civil Action # 21-0552-JB-MU is against Warden Raybon Cruelties

☒ No North Huntsville, Ala (2000-2004) Hence Not related to this $4,000,000,000, Police Misconduct Lawsuit.

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Not Applicable

   Defendant(s) N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number N/A

4. Name of Judge assigned to your case N/A

5. Approximate date of filing lawsuit N/A

6. Is the case still pending? Not Applicable

   ☐ Yes

   ☐ No

If no, give the approximate date of disposition. —

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

—



$4,000,000,000 Lawsuit / Page 9 of 17 \ Otherwise Deport Me To Iran \ 6-29-2022

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff: Mohammad Sharifi

Prison Identification #: (Z-709) L-33

Prison Address: Holman Correctional Facility, 3700 Holman,

Atmore (*City*) Alabama (*State*) 36503 (*Zip Code*)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6-29-2022 (Date)

M. Sharifi

Signature of Plaintiff



$4,000,000,000, Lawsuit | Page 10 of 17 | Otherwise Deport Me To Iran | 6-29-2022

My Present Complaint: what, when, where, who?

Three Racist Cops — Inv. Robert Nance, Inv. Lisa Hamilton, Morris Glenn Brown — In Huntsville Police Dept. Evidence Room — In 2000 to 2005 — UNCONSTITUTIONALLY Intentionally-Or-Accidentally FRAMED me — 1 actual innocent on Death Row with 43 Alibis plus Four New Evidence of my Innocence: (A) R.1570 Nine Large Box Evidence of Inv. Robert Nance In Huntsville Evidence Room — Unconstitutionally changed to Ten Large Box of Inv. Lisa Hamilton R.1022. (B) C.1349 Autopsy report with No Cause of Death, No Manner of Death — Unconstitutionally FORGED to C.1432. (C) Victims IDs planted in Huntsville Evidence Room with Zero Los Angeles FBI Chain of Evidence Document to Support. (D) R.1448 Morris Glenn Brown named 57 bullets = 1 ACP + 1 CBC + 5 CBC + 1 PMC + 49 PMC — versus — C.1209 Inv. Lisa Hamilton Chain of Evidence Doc. 49 + 7 = 56 PMC bullets — 56 changed to 57 — planted 6 CBC bullets into 50 PMC ammunition box — planted Tampered Gun & Bullets — in my Death Penalty case. (E) C.1258-59 Affidavit For Search Warrant signed by Inv. William Payne plus Judge Bruce Williams signature proves my beloved Sarah was ALIVE on Dec/17/99 when I was in Los Angeles Dec/15/99 — 4000 Miles far from Alabama Crime Scene. WHY Judge Williams signed this Affidavit? Because Inv. Payne's Information was FRESH & Accurate Truth — Not 2005 Trial-Lies. (F) planted Sarah's blood on Sandal. (G) Planted Victim's Car tag — proof? Inv. Lisa Hamilton Chain of Evidence Document has TWO Different "Handwriting" — On the Record — Black & White.

8-Defendats:

Defendant 1/8) John Hamm, Commissioner of Ala. Dept. of Collection
301 South Ripley Street
P.O. Box 301501
Montgomery, AL 36130-1501
Tel: 1-855-We-R-ADOC

Claim Against This Defendant: Wrongful Imprisonment of Actual Innocent Sharifi at Supermax Death Row Solitary Confinement TORTURE for 22 years (5 years in Jail + 17 years Holman Death Row)...

Supporting facts (Include date, Location of Incident): a) Forcefully and Wrongfully Did put me in a 5 by 7 feet cells: [Cell (H-1) 2005, (O-9) - 2007, (F-3), (F-26), (I-9), (P-27) 2010 - 2021] without Air Conditioner, Denied b) My Constitutional International phone calls To Iranian officials and my Son and mother in Iran with my own Money for International Phone Calls (Zero Cost State Tax Money) plus Rejected c) My Farsi Language Mails from Iranian officials and my family — No International Phone Calls with my money — No Farsi Language Mails allowed. d) Been Attempeted Murder by Death Row Inmate Calvin McMillan in 2014 — bruised & Bloody my face, bruised eyes, bruised neck, chest, my back, my shoulder — 2 days Unconscious at Atmore Emergency Room. e) On 8/16/2016 — Death Row Inmate Jeffery Rieber (Cell: P-21) during shower time invaded into my cell P-27 unlocked My cell door (as my name wasn't on shower list) Stabbed me with knife and Robbed my lawful $100 Tobacco, $35 Watch, radio, etc. — hence officer Boudreaux, officer Mason, Lt. Bolar, Lt. Bank, officer Moore hospitalized me. f) Been 3 Times stabbed in Holman — My Point? Holman officers' Negligence — making $30 per hour at Maximum security Death Row — but Minimum safety of Prisoners, myself and my property; plus minimum security cell doors. g) officers peppersprayed me 5 times (so far 2022) to confiscate my cellphone while Denying my International Lawful phone calls with my own money — for 22-years. h) Note: Holman Prison is Nations most violent prison in USA — so many Rapes, murder, violence — In Average Each year — 1 officer plus 3 to 5 Prisoners been stabbed to Death or been Raped in Holman Population — Hence so many lawsuits by Dead officers & Dead Prisoners families lawsuits Against Holman Warden & Commissioner's Negligence.

Defendant 2/8
Steve Marshall, Attorney General, Esq.
Attorney General's Office
State of Alabama
501 Washington Ave
Montgomery, AL 36104
Phone (334) 242-7345
Office Main Number 334-242-7300

AND Defendant 3/8
Kay Ivey, Alabama Governor
Office of the Governor of Alabama
600 Dexter Avenue
Montgomery, AL 36130
phone 334-242-7100

Claim Against These Defendants: As the Chief Ala. Prosecutor Steve Marshall and the Goddess Gov. Kay Ivey with SUPERB Political & Legal POWERS—Full Responsible (of 2 Decades ago local Huntsville Police Misconducts), plus Full Access to Unlimited Trillion Dollars Tax Money Super Rich (State & National Federal Tax Money)—But Prosecutors Immune from Lawsuit—However, The Commissioner John Hamm and Ala. Gov. Kay Ivey and U.S. President Joe Biden Are NOT Immune from My UNSELFISH for Greater Cause $4,000,000,000, LAWSUIT (Otherwise Deport Me To Iran—Why? To Save your SELFISH, AMERICAN, Nationalist Tax Money—yet stealing & Robbing $1,000,000,000, For Beloved Victims Family for YOUR Unconstitutional Police Misconducts

You OWE "JUSTICE" AND "INTEGRITY" to beloved Sarah & beloved Mr. Brown family plus you OWE RESPECT for beloved Sarah & Mr. Brown's BLOOD by police misconduct in my case).

My Unselfish For Greater Cause (LOVE & Kindness Is The Answer, Not Hate & Racism & Discrimination FOUNDED in your American Culture of Pro-Violence, Pro-Racism, Pro-Discrimination—Constant Mass Shooting in USA—is—the Concrete Self-Explanatory Evidence of Pro-Violence American CULTURE):

(1/4)—My Unselfish $1,000,000,000, Lawsuit—For my New Trial Superlawyers To—SERVE JUSTICE for beloved Sarah & beloved Mr. Brown's sake Deserve Justice;

(2/4)—My Unselfish $1,000,000,000, Lawsuit—For Beloved Victims' Family, Not my Family, Not Myself;

(3/4)—My Unselfish $1,000,000,000, Lawsuit—For U.S. House & Senate Law Makers Congressmen & Congresswomen—To Reform Death Penalty laws of "Guilt/Innocence Beyond Reasonable Doubts" Flawed Standard—To—"Guilt/Innocence Beyond ALL DOUBTS" in Death Penalty Cases

(4/4)—My Unselfish $1,000,000,000, Lawsuit—For Iranian Officials To Establish USA & Iran as Friends not as Enemies. Because YOU unconstitutionally wrongly Arrest Actual Innocent Sharifi myself, Iranian War Hero Veteran 23-years TORTURE by you—is—act of War against Iran.

Supporting Facts (Include date, Location of Incident):

The 3 Racist cops— Inv. Robert Nance, Inv. Lisa Hamilton, Mollis Glenn Brown— In 2000-2005, In Huntsville Police Dept. Evidence Room— Unconstitutionally Intentionally or Accidentally planted Evidence FRAMED me— Actual Innocent with 43 Alibis plus Four New Evidence of my Innocence— wrongful conviction & Death Sentence for crimes of Someone Else.

Off-The-Record: Inv. Nance + Inv. Hamilton + Mollis Glenn Brown (Off-The-Record) planted "Tempered Gun & Bullets," planted Sarah's blood on Sandal, planted Victims IDs, Forged Autopsy Report, ...

On-The-Record: Inv. Nance + Inv. Hamilton + Mollis Glenn Brown (ON-The-Record) Conspired with trial prosecutors Bill Starnes and Robert Broussard— Unconstitutionally Did Not let me Testify at Guilt/Innocence Trial— Capital case— violated my Right To Testify with 43 Alibis in Los Angeles phone Bill & Las Vegas Divorce Court Attorney & Clerk,' plus Trial Judge Laura Hamilton Failed (ON-THE-RECORD) to ask "Defendant Sharifi: Do you want to testify at your Capital Murder Trial —Yes or No?"—unlike ALL 50 States Judges of USA obligated in Criminal Trials to keep ON-THE-RECORD— Defendant's Right-To-Testify. Hence This is Outrageous Miscarriage of JUSTICE— Above chain of Errors — Planted Evidence In my Death Penalty Case plus— Tens of Constitutional On-The-Record Chain of Errors plus Off-The-Record chain of Errors— see My Pro-se Handwritten Supplements Rule 32 postconviction Appeal 50-to-70 Motions— Been served to prosecutor Richard Anderson via Madison County Circuit clerk Jane Smith. To See Exact On-The-Record "STATE'S"—CONCRETE-RELIABLE DOCUMENTS (Not "Plaintiff's Documents to "DOUBT" or "Question" Authenticity & Reliability of it) please see page 11 of 17 — State's Concrete Records of the 3-Racist Police Misconducts.

☆ Remember! I, Sharifi am a Civil Engineer— "Expert in FACTS & Datas, Not fictions & Lies"; You, Judge Manasco & Judge Mullay —are— "Expert in LAW & Constitution" (unlike me), ☆

Huntsville Local Officials:

(4/8) Defendant Robert L. Broussard, Esq., District Attorney
Madison County District Attorney's Office
100 North Side Square
Huntsville, AL 35801
Phone (256)532-3460

(5/8) Defendant Bill Starnes, Esq., Assistant District Atty
Madison County District Attorney's Office
100 North Side Square
Huntsville, AL 35801
Phone (256)532-3460

(7/8), (6/8) Defendants: Inv. Robert Nance and Inv. Lisa Hamilton (#06477)
Huntsville Police Dept., 2110 Clinton Ave W, Huntsville, AL 35805 phone (256)427-7009

(8/8) Defendant Morris Glenn Brown, Firearm & Tool Mark Examiner
Alabama Dept. of Forensic Science—Huntsville Office
716 Acadia Circle, Huntsville, AL 35801 Tel: 256-539-1401

Claims Against These Five Huntsville Local Defendants:

Above Huntsville Local officials Direct Misconducts—ON-THE-RECORD planted Evidence FRAMED me Unconstitutionally Against me—Actual Innocent with 43 Alibis in Los Angeles And Las Vegas, plus Four New Evidence of my Innocence—FRAMED me—By planted "Tampered Gun & Bullets," "planted Sarah's blood on sandal," "planted Victims IDs" in Huntsville Evidence Room with Zero Los Angeles FBI chain of Evidence Document to Support; Forged Autopsy Report—Unconstitutionally Intentionally-or-Accidentally FRAMED me In my Death Penalty Case.

Proof? To See Exact On-The-Record "STATE'S"-CONCRETE-Reliable Documents (Not "plaintiff's" Document to "DOUBT" or "QUESTION" Authenticity & Reliability of it) Please See Page 11 of 17—State's Concrete Records of 3 Racist Police Misconducts.

Supporting Facts (Include date, Location of Incident):

Please see page 11 of 17 | Date: 2000 to 2005, | Location: Huntsville Police Dept. Evidence Room
Who? The 3 racist Cops—Inv. Robert Nance, Inv. Lisa Hamilton, Morris Glenn Brown

NOTE1: To Avoid your Obstracles "2-yrs statute limitation For §1983" and "unrelated claims must been filed lawsuits separately"—hence this is my Unselfish $4,000,000,000, LAWSUIT for One Single Claim of "Police Misconduct" —which created so many "unrelated claims of Torture, Trauma, unrelated Chain of Cause & Effects" of One single claim of "Police Misconducts." Hence please Don't be "Too Much Smart" Against me to Dismiss 99% of my claims and 1% claim left will be "procedurally barred to raise" —like Habeas Corpus.

NOTE2: Remember—My Unselfish $4,000,000,000, LAWSUIT—is—The PRICE of Two Universal Values—"JUSTICE" plus "INTEGRITY"—stolen from "Beloved victims families And myself Actual Innocent" by 3 Racist Cops planted Evidence FRAMED me—in my Death Penalty Case.

NOTE3: My Unselfish $4,000,000,000, LAWSUIT—Is—for To Break The CURSE of U.S. Extreme Flawed BIAS of Judges in favor of prosecutors' 100% WINS rate. Proof? In 50 States of USA—Prosecutors lose One Out of Thousand cases. Ignoring the Universal FACT—"Prosecutors Are NOT PERFECT like Jesus, Buddha, Dr. Martin Luther King (Noble Peace Prize Winner 1964), Mother teresa (Noble Peace Prize winner 1979), Gandi, Catholic Popes, etc."

← Actual Innocent on Death Row for Crimes of Someone Else — Erfan Halgheh Mysticism
Been baptized in Church of Christ, Now Erfan Halgheh Mysticism

From: Mohammad Sharifi
(Z-709) L-33
Holman Correctional Facility
3700 Holman
Atmore, AL 36503, USA

6-29-2022

Habeas Case # 5:17-cv-1924-AMM
Civil Action # 21-0552-JB-MU
Death Penalty Case
Actual Innocence
Iranian National

Dear Honorable Prosecutor/CLERK/JUDGE

Holy Grounds

1) Constitution of the United States of America: PREAMBLE: «We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.»

2) Please ORDER to YOUR SLAVE Judges (whom prosecutors 100% WINS rate by YOUR SLAVE judges guaranteed) to Deport me back to Iran [DEAD-or-ALIVE] Immediately (2022) — — otherwise order for New Trial (2022).

3) You Honorable Prosecutor [/CLERK/JUDGE] please ask your Boss Ala. Atty General Steve Marshall and Ala. Governor Kay Ivey [MUST] report a Constitutional Explanation to Me & (Iranian Officials) for these Intentional or Accidental planted Evidence — FRAMED me by 3 racist cops — Inv. Robert Nance, Inv. Lisa Hamilton, Morris Glen Brown — I actual Innocent with 43 Alibis plus Four New Evidence of my Innocence: (A) [R.1570] Nine Large Box Evidence of Inv. Robert Nance In Huntsville Evidence Room — Unconstitutionally changed to Ten Large Box of Inv. Lisa Hamilton [R.1022]. (B) [C.1349] Autopsy report with No Cause of Death, No Manner of Death — Unconstitutionally Forged to [C.1432]. (C) [Victims IDs] planted in Huntsville Evidence Room With Zero Los Angeles FBI Chain of Evidence Document to Support. (D) [R.1448] Morris Glen Brown named 57 bullets = 1 ACP + 1 CBC + 5 CBC + 1 PMC + 49 PMC — versus — [C.1209] Inv. Lisa Hamilton Chain of Evidence Doc. 49 + 7 = 56 PMC bullets — [56 changed to 57] — planted 6 CBC bullets into 50 PMC ammunition box — planted Tampered Gun & Bullets — in my Death Penalty case. (E) [C.1258-59] Affidavit For Search Warrant signed by Inv. William Payne plus Judge Bruce Williams signature proves my beloved Sarah was ALIVE on Dec/17/99 when I was in Los Angeles Dec/15/99 — 4000 Miles far from Alabama Crime Scene. WHY Judge Williams signed this Affidavit? Because Inv. Payne's Information was FRESH & Accurate Truth — Not 2005 Trial — Lies. (Iranian Officials) [MUST] know Above — why, How, By whom?

Holy Bible

4) OUR (yours & mine) middle Eastern LORD-JESUS-CHRIST: «So I (Jesus) say to you, ASK, and it will be given; SEEK, and you will find; KNOCK, and it will be opened to you.» [Matthew 7:7, Luke 11:9 Holy BIBLE] Hence Deport me to Iran — otherwise order for New Trial.

— — May God Bless America, May God Bless you All — including the 3 racist cops FRAMED me.
— — Forgive my poor IQ, poor Grammar, my Rude Insults as YOUR victim.
— — I would like to hear you SOON. (Losing my mind on Death Row Solitary Confinement TORTURE)

PS: You have zero RESPECT for me, please SHOW Respect to beloved Sarah's BLOOD, beloved Mr. Brown BLOOD — Deserve JUSTICE of New Trial, Not Injustice Planted Evidence.

Respectfully,
M. Sharifi
YOUR-VICTIM