To: Honorable Judge Nicholas Danella

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| MOHAMMAD SHARIFI, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:22-cv-00826-RDP-NAD |
| JOHN HAMM, et al., | ) |
| Defendants. | ) |

**FILED** 2022 Dec-30 PM 04:56 U.S. DISTRICT COURT N.D. OF ALABAMA

2022 DEC 30 P 2:16

### PRISONER CONSENT FORM

By signing this form, I authorize the agency having custody of me ("the agency") to collect $350.00 from my prison or jail account to satisfy my filing fee in this case.

Specifically, I agree:

1. That the agency will send an initial partial payment in the amount of $3.22 to the Clerk of Court for the United States District Court for the Northern District of Alabama;

2. That I will keep the first $10 credited to my prison or jail account each month, but the agency will send 20% of the remaining deposits to the Clerk monthly until I have paid my entire filing fee;

3. That I must pay my entire filing fee regardless of the outcome of my case;

4. That this consent will continue to apply even if I am transferred to another facility and even if my case concludes before I pay my entire filing fee; and

5. That the court may enter judgment against me for payment of costs at the conclusion of the case, including any unpaid portion of the filing fee.

_12-26-2022_
Date

_Mohammad Sharifi_
Plaintiff's Signature

_Z-709_
Prisoner Identification Number

Honorable Judge Nicholas Danella, Rule 1. Do Not DARE to Dismiss my $5,000,000,000 Police Misconduct Civil Action lawsuit based on your million Legal Technicalities — versus — Sharifi's poor IQ, poor Grammar, poor Moneywise, pro-se without Attorney.

Pg. 1 of 3   12-26-2022

# FEDERAL DEFENDERS
## MIDDLE DISTRICT OF ALABAMA
### FEDERAL DEFENDER PROGRAM, INC.
### 817 SOUTH COURT STREET
### MONTGOMERY, AL 36104
PHONE (334) 834-2099 - FAX (334) 834-0353

**Christine A. Freeman**
**Executive Director**

December 22, 2022

**CONFIDENTIAL:**
**ATTORNEY-CLIENT PRIVILEGE**
Mohammad Sharifi, Z-709
Holman Correctional Facility
Holman 3700
Atmore, AL 36503

Dear Mr. Sharifi,

    I hope all is well with you. Enclosed you will find the order regarding your filing fee and one (1) **Prisoner Consent Form** that requires your signature. For your convenience, a self-addressed stamped envelope is included to assist you with returning the form **as soon as possible**. The deadline to submit the Prisoner Consent Form and filing fee is quickly approaching. The filing fee is to be paid by Attorney John Palombi.

    As always, if you should have any questions or concerns, please do not hesitate to contact our office.

Respectfully,

/s/ *Daniya Foster*
Daniya Foster
Paralegal

/df
Enclosed

*[Handwritten annotation: Exhibit A - Establishing My Habeas Atty John Palombi accepted to pay your filing fee. Your Plan B: Sell my Kidney. pg. 2 of 3  12-26-2022]*

Alabama Department of Corrections                                     ITF017

**Transaction Report for 0000Z709-SHARIFI, MOHAMMAD BedNumber: L1-33A**

| Transaction Type | Effective Date | Transaction Date | Transaction Amount | Ending Balance | C.O.P. Escrow Amount | C.O.P. Escrow Ending Balance |
|---|---|---|---|---|---|---|
| Co-Pay N/C No Charge Department of Corrections | 9/15/2022 | 11/8/2022 Indigent Inmate- Waived 1 Co-Pay N Nurse | $0.00 | $0.01 | $0.00 | $0.00 HOLM |

Honorable Judge Nicholas Danella, [$5,000,000,000 Police Misconduct Civil Action] [Case# 5:22-cv-826-RDP-NAD]

Rule 1. Do Not DARE to Dismiss my $5,000,000,000 Police Misconduct Civil Action lawsuit based on your million Legal Technicalities — versus — Sharifi's poor IQ, poor Grammar, poor Moneywise, pro-se Without Attorney — hence Sharifi is your BEST sitting duck — Innocent Victim — for YOUR (By-Default) Cruel Goal — "To SERVE Prosecutors 100% Wins Rate" violating YOUR (BASIC) Goal — Unbias FAIRNESS "TO SERVE JUSTICE (NOT The Racist Prosecutors of my case planted/Evidence FRAMED me for crimes of Someone Else plus Concrete State (The Accuser's, Not the Accused Sharifi's) Documents Establishing Police Misconducts sent myself to Judge Anna Manasco & Judge Mary Windom & U.S. Supreme Court on 7-26-2022 about 22 pages State Documents) — Hence your Basic Goal is To Serve JUSTICE & Fairness for 5 million Ala. Population Taxpayers including Sharifi-Taxpayer, Not Racist Prosecutor's 100% Wins Rate.

⇒ My Habeas Attorney John Palombi accepted to pay The Filing Fee — based on enclosed Federal Defender's Letter Dated Dec/22/2022 [See Enclose Exhibit A]

[Your Plan B: Sell my Kidney], [See Also Exhibit B (This Page) My Prison balance $0.00]

Respectfully,
M. Sharifi

[Exhibit B Establishing My Prison balance $0.00]

Urgent Legal Mail

MOBILE AL 366
28 DEC 2022 PM 2

To: Office of Clerk, U.S. District Court
Northern District of Alabama
Honorable Judge Nicholas Danella
Hugo Black U.S. Courthouse
1729-5th Avenue North
Birmingham, AL 35203-2037

...Facility
...an
...AL 36503

SECURITY
This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated by the Alabama Department of Corrections, not responsible for the substance or content of communication.

DEC 2023
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

Urgent Legal Mail