# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **MOHAMMAD SHARIFI,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 5:22-cv-00826-RDP-NAD |
| **JOHN HAMM, et al.,** | ) |
| **Defendants.** | ) |

## **MEMORANDUM OPINION**

The Magistrate Judge has entered a Report and Recommendation recommending the court dismiss this case pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted. (Doc. # 29). The Magistrate Judge advised Plaintiff of his right to file specific written objections within 14 days. (*Id.* at 14-15). On February 29, 2024, the court received Plaintiff's timely objections. (Doc. # 30).

Plaintiff's objections are comprised of rambling, profanity-filled statements wholly unrelated to the findings of fact and conclusions of law set forth in the Report and Recommendation. For example, Plaintiff asserts that a variety of state court judges are "tax thieves" while federal judges' brains have been programmed to serve prosecutors rather than justice. (Doc. # 30 at 3, 5). Plaintiff objects to the Magistrate Judge referring to him as an "Alabama state death row inmate" arguing that federal judges serve their "official masters," which seems to mean state court prosecutors. (*Id.* at 6-7, 12).

Plaintiff objects to the finding that he sought monetary damages and to be deported to Iran (Doc. # 29 at 1), now insisting that he wants the "entire White House real estate plus Former President Donald Trump's in Manhattan, New York Trump Tower, plus U.S. President Joe Biden

& Kay Ivey's Trillion Dollars for tax money…." (Doc. # 30 at 8).  He also demands three honorary Ph.D. degrees from Harvard so he may go teach at Tehran University upon his release from custody.  (*Id*. at 9).  Plaintiff further seeks a "Trillion Dollars" because of climate change.  (*Id*. at 10).

Plaintiff asserts that the recommendation for dismissal of his complaint demonstrates that the Magistrate Judge is corrupt and is supporting "Treason Against our Holy Mother---USA, our Holy Father Alabama, our Holy Son---$25,000,000 Tax Money Death Penalty."  (Doc. # 30 at 13-14).  Plaintiff adds "YOU Fed. Gov. Assassins---are---My Brothers& Sisters---in---Christ!!! Hence Don't you Dare to Dismiss my case…."  (*Id*. at 14).  Plaintiff also impugns the Magistrate Judge's intelligence, asserts that the court failed in its job to appoint him a competent pro bono attorney, and possibly accuses the court of insulting his intelligence.  (*Id*. at 17).  He questions being allowed 14 days to file objections, stating that "You got F—ing 7 Days to Deport me to Iran OR New Trial in 7 Days, otherwise F--- yourselves First & Last Forever."  (*Id*. at 18).

Suffice it to say that Plaintiff's objections lack any merit, and it is unnecessary for the court to discuss them in any further detail.

Having reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court **OVERRULES** the objections, **ADOPTS** the Magistrate Judge's Report and **ACCEPTS** the recommendation.  Consistent with that recommendation and 28 U.S.C. § 1915A(b), the court will dismiss this case without prejudice for failure to state a claim upon which relief could be granted.

The court will enter a separate final judgment.

**DONE** and **ORDERED** this March 8, 2024.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE